EASTERN DISTRICT OF MICHIGAN

In the Matter of:                                        Case No.     07-50331

Annabelle Espiritu                       Chapter 13 Proceedings

Debtor(s)                                         Hon. Phillip J. Shefferly

**NOTICE OF UNCLAIMED DIVIDENDS**

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name and Account Number | COURT CLM.# | TRUSTEE CLM.# | CLASS OF CLAIM | CHECK# | AMT. OF CHECK |
|---|---|---|---|---|---|
| Annabelle Espiritu<br>41071 Westfield Cr<br>Canton, MI 48188 | | | Debtor Unclaimed | 3435935 | $ .82 |
| **TOTAL** | | | | | $ .82 |

Dated: November 03, 2011

/s/KRISPEN S. CARROLL
Krispen S. Carroll, Standing
Chapter 13 Trustee
719 Griswold, Ste. 1100
Detroit, MI 48226
(313) 962-5035
Notice@det13ksc.com